■ In the Matter of DANIELLE M. MUSCATELLO (Admitted as DANIELLE MARGUERITE MUSCATELLO), a Suspended Attorney. [951 NYS2d 916]—

914

Eng, P.J., Mastro, Rivera, Skelos and Angio-lillo, JJ., concur.